

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00366-CR & 04-17-00367-CR

Roger Trudell Davis,
Appellant

v.

The State of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR3461 & 2015CR6145
Honorable Steve Hilbig, Judge Presiding

# O R D E R

Appellant's motion for extension of time is GRANTED. Appellant's brief is due February 5, 2018.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.

Keith E. Hottle
Clerk of Court